IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT WALTER BONNER | ) | |
|     TDCJ No. 1561662 | ) | |
|         Plaintiff, | ) | |
| vs. | ) | No. 3:12-CV-4019-K |
| | ) | |
| DON ADAMS, ET AL., | ) | |
|         Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Plaintiff filed objections on October 22, 2012, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made.  The objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED this 25th day of October, 2012.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE